**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2023-0291, <u>Susan Jackson v. Thomas Tate</u>, the court on May 15, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Susan Jackson, appeals an order of the Superior Court (<u>MacLeod</u>, J.), issued following a hearing, granting the motion of the defendant, Thomas Tate, to dismiss the plaintiff's action for replevin, conversion, and intentional infliction of emotional distress. Based upon our review of the plaintiff's written arguments, the relevant law, the record on appeal, the trial court's order, as well as its subsequent thorough and well-reasoned order on reconsideration, we conclude that the plaintiff has not demonstrated reversible error, and affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**